IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Big Chuy Distributors & Sons Inc., ) | No. CV 12-109-TUC-RCC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| AG-Wise Inc., ) | |
| Defendant. ) | |

On October 24, 2012, the Honorable Leslie A. Bowman, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Doc. 14). The Recommendation advised the Court to DENY without prejudice the Plaintiff's Motion for Default Judgment (Doc. 12).

The Court considers the Recommendation (Doc. 14) to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Bowman. Therefore,

**IT IS HEREBY ORDERED** that the Court **adopts** Magistrate Judge Bowman's Report and Recommendation (Doc. 14).

**IT IS FURTHER ORDERED** that the Plaintiff's Motion for Default Judgment is **denied** without prejudice.

DATED this 27th day of November, 2012.

.

_____
Raner C. Collins
United States District Judge