IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Big Chuy Distributors & Sons Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>AG-Wise Incorporated,<br><br>Defendant. | No. CV-12-00109-TUC-RCC-LAB<br><br>**ORDER** |

Plaintiff Big Chuy Distributors & Sons Incorporated filed this action to recover monies owed by Defendant AG-Wise Incorporated pursuant to a produce distribution agreement.

This matter was referred to United States Magistrate Judge Leslie A. Bowman for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2, Rules of Practice of the United States District Court for the District of Arizona.

On August 8, 2013, Magistrate Judge Leslie A. Bowman issued her Report and Recommendation (Doc. 17), recommending that the District Court, after its independent review of the record herein, grant Plaintiff's Motion for Default Judgment (Doc. 16) and award Plaintiff $128,491.31 plus 0.11% interest.

The Report and Recommendation advised the parties that they may file written objections within fourteen (14) days from the date of service of a copy of the Report and Recommendation. See 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

1 | Procedure. No objections were filed.

2 |     The Court considers the Report and Recommendation to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Bowman. Accordingly,

    **IT IS HEREBY ORDERED** that Magistrate Judge Bowman's Report and Recommendation (Doc. 17) is hereby ACCEPTED and ADOPTED as the findings of fact and conclusions of law by this Court.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (Doc. 16) is GRANTED, and the Court awards Plaintiff $128,491.31 plus 0.11% interest.

    **IT IS FURTHER ORDERED** that judgment be entered accordingly.

Dated this 9th day of September, 2013.

_____
Raner C. Collins
Chief United States District Judge